UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHASE CHEVROLET CO., INC.,

        Plaintiff,

  v.

GENERAL MOTORS CORPORATION, and DOES 1-50, inclusive,

        Defendant.

NO. CIV. S-07-1445 FCD

ORDER

----oo0oo----

    The court has reviewed defendant's notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441(b) based on diversity jurisdiction.  The court finds that neither the underlying complaint nor defendant's submissions demonstrates that the amount in controversy exceeds the sum of $75,000.00.  Therefore, this action is improperly before this court.  Accordingly, the court REMANDS this action back to the Superior Court of California, County of San Joaquin.

/////

IT IS SO ORDERED.

DATED: July 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE